UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YOUNGGUANG WU,

    Defendant.

CASE NO. 17-176

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with being involved in a prostitution ring that spans multiple states. The government proffered defendant has a key role in the ring and works closely with other key players. Defendant allegedly travels from state to state and has direct contact with prostitutes used by the ring. Some of the prostitutes are imported from outside of the country and are vulnerable. Defendant is a citizen of China and came to this country a few years ago. He faces serious charges and thus has a motive to flee. The danger of flight is enhanced because he is a citizen of another country.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 10th day of May, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge