UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

     v.

YONGGUANG WU,

                    Defendant.

CASE NO. CR17-135 TSZ

**ORDER GRANTING MOTION TO CONTINUE ARRAIGNMENT**

The Court GRANTS Defendant, Yongguang Wu's motion to continue arraignment for one week, Dkt. 71, and ORDERS the arraignment currently set for May 18, 2017, is continued to May 25, 2017 at 9:00 am.

DATED this 16th day of May, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO
CONTINUE ARRAIGNMENT - 1