THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>YONGGUANG WU,<br><br>      Defendant. | No: CR17-135 TSZ<br><br>ORDER TO SEAL |

Having read Defendant Yongguang Wu's Motion to Seal, docket no. 286, and because of the sensitive information contained within the Motion and Order for Withdrawal of Counsel;

It is hereby ORDERED that the Motion and Order for Withdrawal of Counsel shall remain sealed.

DATED this 2nd day of March, 2018.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

UNITED STATES v. WU/CR17-135 TSZ
ORDER TO SEAL - 1

**LEE & LEE, PS**
1001 4th Avenue, Suite 4368
Seattle, Washington 98154
t. 206.458.6986 f. 206.458.6816

Presented by:

*/s/ Nelson Lee*_____
Nelson K.H. Lee, WSBA# 23590
Risa D. Woo, WSBA# 35411
David Sho Ly, WSBA# 49650
1001 Fourth Avenue, Suite 4368
Seattle, WA 98154
t. (206) 458-6986
f. (206) 458-6816

UNITED STATES v. WU/CR17-135 TSZ
ORDER TO SEAL - 2